ORIGINAL

1  JOYCE R. BRANDA
   Acting Assistant Attorney General
2  STEPHANIE YONEKURA
   Acting United States Attorney
3  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
4  DAVID K. BARRETT, AUSA
   Chief, Civil Fraud Section
5  LINDA A. KONTOS, AUSA
   Deputy Chief, Civil Fraud Section
6  ABRAHAM MELTZER, AUSA
   California State Bar No. 162659
7       Room 7516, Federal Building
        300 N. Los Angeles Street
8       Los Angeles, California 90012
        Tel: (213) 894-7155
9       Fax: (213) 894-2380
        Email: abraham.meltzer@usdoj.gov
10 MICHAEL D. GRANSTON
   MICHAL TINGLE
11 K.L. GRACE MOSELEY
   Attorneys, Civil Division
12 United States Department of Justice
        601 D. Street, N.W.
13      Washington, D.C. 20004
        Tel: (202) 307-1183
14      Fax: (202) 305-4117
        Email: kesabii.l.moseley@usdoj.gov
15 Attorneys for the
   United States of America

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>　　　　Plaintiff[s],<br><br>　　　　v.<br><br>[UNDER SEAL],<br><br>　　　　Defendant[s]. | No. CV 13-09173 FMO (SSx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (4)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

JOYCE R. BRANDA
Acting Assistant Attorney General
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
K.L. GRACE MOSELEY
Attorneys, Civil Division
United States Department of Justice
    601 D. Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 307-1183
    Fax: (202) 305-4117
    Email: kesabii.l.moseley@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 13-09173 FMO (SSx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (4)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

```
 1  JOYCE R. BRANDA
    Acting Assistant Attorney General
 2  STEPHANIE YONEKURA
    Acting United States Attorney
 3  LEON W. WEIDMAN, AUSA
    Chief, Civil Division
 4  DAVID K. BARRETT, AUSA
    Chief, Civil Fraud Section
 5  LINDA A. KONTOS, AUSA
    Deputy Chief, Civil Fraud Section
 6  ABRAHAM MELTZER, AUSA
    California State Bar No. 162659
 7       Room 7516, Federal Building
         300 N. Los Angeles Street
 8       Los Angeles, California 90012
         Tel: (213) 894-7155
 9       Fax: (213) 894-2380
         Email: abraham.meltzer@usdoj.gov
10  MICHAEL D. GRANSTON
    MICHAL TINGLE
11  K.L. GRACE MOSELEY
    Attorneys, Civil Division
12  United States Department of Justice
         601 D. Street, N.W.
13       Washington, D.C. 20004
         Tel: (202) 307-1183
14       Fax: (202) 305-4117
         Email: kesabii.l.moseley@usdoj.gov
15  Attorneys for the
    United States of America
16
17                UNITED STATES DISTRICT COURT
18     FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
19
```

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN CODY and MUGE CODY,<br><br>  Plaintiffs,<br><br>  v.<br><br>MANTECH INTERNATIONAL CORPORATION,<br><br>  Defendant. | No. CV 13-09173 FMO (SSx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. United States ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); United States ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

2

Finally, the United States requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

DATED: November 17, 2014

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section

_____
ABRAHAM MELTZER, AUSA
Attorneys for the United States
of America

3

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **November 18, 2014**, I served

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **November 18, 2014**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

**SEE ATTACHED LIST.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 18, 2014 at Los Angeles, California.

*Carol M. Ybarra*
CAROL M. YBARRA

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | David L. Scher, Esq. |
|   | R. Scott Oswald, Esq. |
| 3 | The Employment Law Group, P.C. |
|   | 888 17th Street, NW, Suite 900 |
| 4 | Washington, D.C.  20006 |

2