ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOYCE R. BRANDA
Acting Assistant Attorney General
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
K.L. GRACE MOSELEY
Attorneys, Civil Division
United States Department of Justice
    601 D. Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 307-1183
    Fax: (202) 305-4117
    Email: kesabii.l.moseley@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br> Plaintiff[s], <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendant[s]. | No. CV 13-09173 FMO (SSx) <br><br> [PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION <br><br> [LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (4)] <br><br> [FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

LODGED
CLERK, U.S. DISTRICT COURT

NOV 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOYCE R. BRANDA
Acting Assistant Attorney General
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
K.L. GRACE MOSELEY
Attorneys, Civil Division
United States Department of Justice
    601 D. Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 307-1183
    Fax: (202) 305-4117
    Email: kesabii.l.moseley@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br>    Plaintiff[s], <br><br>v. <br><br>[UNDER SEAL], <br><br>    Defendant[s]. | No. CV 13-09173 FMO (SSx) <br><br>[PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION <br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (4)] <br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

1    The United States of America ("United States") having declined
2 to intervene in this action pursuant to the False Claims Act, 31
3 U.S.C. § 3730(b)(4)(B), the Court rules as follows:
4    IT IS ORDERED THAT:
5    1. The complaint be unsealed and served upon the defendant by
6       the qui tam plaintiffs (the "relators");
7    2. All other contents of the Court's file in this action remain
8       under seal and not be made public or served upon the
9       defendant, except for this Order and the United States'
10      Notice of Election to Decline Intervention, which the
11      relators will serve upon the defendant only after or at the
12      same time as service of the complaint;
13   3. The seal be lifted as to all other matters occurring in this
14      action after the date of this Order;
15   4. The parties shall serve all pleadings and motions filed in
16      this action, including supporting memoranda, upon the United
17      States, as provided for in 31 U.S.C. § 3730(c)(3);
18   5. The United States may order any deposition transcript;
19   6. The parties shall serve all notices of appeal upon the United
20      States;
21   7. All orders of this Court shall be sent to the United States;
22   8. The United States is entitled to intervene in this action,
23      for good cause, at any time; and
24 //
25 //
26 //
27 //
28

9. Should the relators or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

DATED: 11/21/14

_____
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **November 18, 2014**, I served

**[PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **November 18, 2014**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

**SEE ATTACHED LIST.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 18, 2014 at Los Angeles, California.

_/s/ Carol M. Ybarra_
CAROL M. YBARRA

**SERVICE LIST**

1
2  David L. Scher, Esq.
   R. Scott Oswald, Esq.
3  The Employment Law Group, P.C.
   888 17th Street, NW, Suite 900
4  Washington, D.C.  20006
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28