**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **KEVIN CODY and MUGE CODY,** | ) |
| **Plaintiffs,** | ) |
| v. | ) No. 1:16-cv-132 (AJT/JFA) |
| **MANTECH INTERNATIONAL CORPORATION** | ) |
| **Defendant.** | ) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Kevin and Muge Cody, by and through counsel, write to bring to the Court's attention an opinion issued by the Department of Labor's Administrative Review Board on September 30, 2016 in *Palmer v. Canadian National Railway*, ARB No. 16-035, ALJ No. 2014-FRS-154, 2016 WL 6024269 (ARB Sept. 30, 2016). A copy of the ARB's opinion is attached to this Notice as Exhibit 1. In particular, pages 32-34 of the opinion define the standard for "contributing factor," including the threshold required for an employee to prove that protected activity was a contributing factor in an adverse employment decision. *Palmer* holds that a contributing factor "need not be significant, motivating, substantial, or predominant—it just needs to be a factor." *Palmer*, 2016 WL 6024269, at *32. Page 34 also contains discussion of the standard an employer must meet to show by clear and convincing evidence that it would have taken the same action against an employee in the absence of protected activity.

Respectfully submitted,

 /s/ John T. Harrington_____
R. Scott Oswald, VA Bar No. 41770
John T. Harrington, VA Bar No. 76008
The Employment Law Group, P.C.
888 17th Street, N.W., 9th floor
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
tharrington@employmentlawgroup.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2017, a true and correct copy of the foregoing Plaintiffs' Notice of Supplemental Authority has been served via electronic filing upon the following:

Vince L. Farhat
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
E-mail: vince.farhat@hklaw.com

Steven D. Gordon
HOLLAND & KN1GHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
E-mail: steven.gordon@hklaw.com

Christine Walz
HOLLAND & KN1GHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 469-5113
Facsimile: (202) 955-5564
E-mail: christine.walz@hklaw.com

           /s/ John T. Harrington
           John T. Harrington