IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, )<br>KEVIN CODY and MUGE CODY, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MANTECH INTERNATIONAL )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:16-cv-132 (AJT/JFA) |

## **ORDER**

This matter is before the Court on remand following the United States Court of Appeals for the Fourth Circuit's decision in this case, which affirmed in part and vacated in part this Court's order [Doc. 139] denying Defendant's Rule 50(b) motion for judgment as a matter of law or, in the alternative, for a new trial [Doc. 127].

On appeal, the Fourth Circuit affirmed this Court's denial of Defendant's Rule 50(b) motion as to Plaintiff Kevin Cody's retaliation claims. Slip Op. at 4. It further affirmed this Court's grant of judgment as a matter of law with respect to the Court's vacatur of the jury's award to Kevin Cody for emotional distress. *Id.* Regarding Plaintiff Muge Cody, the Fourth Circuit held that "the evidence presented at trial was insufficient as a matter of law to establish a causal nexus between the protected activity at issue—the filing of this *qui tam* action—and her discharge from Mantech." *Id.* Accordingly, the Court reversed this Court's denial of Defendant's Rule 50(b) motion with respect to Ms. Cody and vacated the jury's verdict and damages award in her favor. *Id.*

Accordingly, it is hereby

ORDERED that the Clerk's Judgment [Doc. No. 197] be, and the same hereby is, VACATED; and it is further

ORDERED that judgment be, and the same hereby is, ENTERED against Defendant ManTech International Corporation and in favor of Plaintiff Kevin Cody in the amount of $250,813.34 in attorneys' fees and costs, $857,846.00 in back pay with interest at the rate of $16.92 per diem from November 18, 2016 through the date of the amended judgment, and $251,093.00 in front pay; and it is further

ORDERED that judgment be, and the same hereby is, ENTERED against Plaintiff Muge Cody and in favor of Defendant ManTech International Corporation.

The Clerk is directed to forward copies of this Order to all counsel of record and to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 20, 2018