IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| United States of America, ex rel.<br>Kevin Cody and Muge Cody<br>    Plaintiff,<br><br>v.<br><br>ManTech International Corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:16cv132 (AJT/JFA)<br>)<br>)<br>)<br>)<br>) |

### **JUDGMENT**

Pursuant to the order of this Court entered on 9/20/2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Kevin Cody in the amount of $250,813.34 in attorneys' fees and costs, $857,846.00 in back pay with interest at the rate of $16.92 per diem from 11/18/2016 through the date of the amended judgment, and $251,093.00 in front pay and against ManTech International Corporation.  JUDGMENT is entered in favor of ManTech International Corporation against Muge Cody.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
         Richard Banke
         Deputy Clerk

Dated: 9/21/2018
Alexandria, Virginia